# UNITED STATES DISTRICT COURT
for the

District of Montana

**FILED**

APR 2 6 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| United States of America<br>v.<br>JASON KEAHI ANTHONY | )<br>)<br>)<br>) Case No: CR 12-05-H-CCL-01<br>)<br>) USM No: 11519-046 |
| Date of Original Judgment: 09/21/2012<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Joslyn M. Hunt<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  150  months **is reduced to**  120  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  09/21/2012  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  04/26/2018 

*Judge's signature*

Effective Date: _____
*(if different from order date)*

CHARLES C. LOVELL, SR US DIST JUDGE
*Printed name and title*