# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| United States of America<br>v.<br>JASON KEAHI ANTHONY | )<br>)<br>)  Case No:  CR 12-05-H-CCL-01<br>)<br>)  USM No:  11619-046 |
| Date of Original Judgment:  09/21/2012<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Joslyn M. Hunt<br>   *Defendant's Attorney* |

**FILED**
APR 3 0 2018
Clerk, U.S. District Court
District Of Montana
Helena

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   150   months **is reduced to**   120   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   09/21/2012   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   04/30/2018

Effective Date:  _____
*(if different from order date)*

*Judge's signature*

CHARLES C. LOVELL, SR US DIST JUDGE
*Printed name and title*