IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON KEAHI ANTHONY,<br><br>Defendant. | CR 12-05-H-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Jason Keahi Anthony (Anthony) has been accused of violating the conditions of his supervised release. Anthony admitted all of the alleged violations. Anthony's supervised release should be revoked. Anthony should be placed in custody for 5 months, with 43 months of supervised release to follow.

## II. Status

Anthony pleaded guilty to Possession with Intent to Distribute Methamphetamine on April 10, 2012. (Doc. 21). The Court sentenced Anthony to 150 months of custody, followed by 4 years of supervised release. (Doc. 30). Anthony current term of supervised release began on November 20, 2020. (Doc. 57 at 1).

**Petition**

The United States Probation Office filed a Second Amended Petition on September 15, 2022, requesting that the Court revoke Anthony's supervised release. (Doc. 57). The Second Amended Petition alleged that Anthony had violated the conditions of his supervised release: 1) by possessing methamphetamine; 2) by using methamphetamine on two separate occasions; 3) by failing to report to his probation officer as directed on three separate occasions; 4) by submitting a diluted urine sample; 5) by failing to comply with the terms of his home confinement; 6) knowingly associating with a convicted felon; and 7) by using cocaine.

**Initial appearance**

Anthony appeared before the undersigned for his initial appearance on the Second Amended Petition on October 13, 2022. Anthony was represented by counsel. Anthony stated that he had read the petition and that he understood the allegations. Anthony waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on October 13, 2022. Anthony admitted that he had violated the conditions of his supervised release: 1) by

possessing methamphetamine; 2) by using methamphetamine on two separate occasions; 3) by failing to report to his probation officer as directed on three separate occasions; 4) by submitting a diluted urine sample; 5) by failing to comply with the terms of his home confinement; 6) knowingly associating with a convicted felon; and 7) by using cocaine. The violations are serious and warrant revocation of Anthony's supervised release.

Anthony's violations are Grade C violations. Anthony's criminal history category is III. Anthony's underlying offense is a Class B felony. Anthony could be incarcerated for up to 36 months. Anthony could be ordered to remain on supervised release for up to 48 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III. Analysis

Anthony's supervised release should be revoked. Anthony should be incarcerated for 5 months, with 43 months of supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Anthony that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Anthony of his right to object to these Findings and Recommendations

within 14 days of their issuance. The Court explained to Anthony that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

>That Jason Keahi Anthony violated the conditions of his supervised release: by possessing methamphetamine; by using methamphetamine on two separate occasions; by failing to report to his probation officer as directed on three separate occasions; by submitting a diluted urine sample; by failing to comply with the terms of his home confinement; knowingly associating with a convicted felon; and by using cocaine.

The Court **RECOMMENDS:**

>That the District Court revoke Anthony's supervised release and commit Anthony to the custody of the United States Bureau of Prisons for 5 months, with 43 months of supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure

to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 17th day of October, 2022.

/s/ John Johnston
John Johnston
United States Magistrate Judge