IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> JASON KEAHI ANTHONY, <br><br> Defendant. | CR-12-05-H-BMM <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 12, 2023.  (Doc. 77.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 11, 2023. (Doc. 73)  The United States accused Jason Anthony  (Anthony) of violating his conditions of supervised release by using methampetamine. (Doc. 70.)

At the revocation hearing, admitted Anthony admitted that he had violated the terms of his supervised release by using methamphetamine. (Doc. 73.)  Judge Johnston found that the violation Anthony admitted proves serious and warrants revocation of his supervised release and recommends a custodial sentence of 3 months of custody, with 40 months of supervised release to follow.  Judge Johnston also recommended that Anthony should serve the first 60 days of supervised release in a secure inpatient drug treatment facility such as Connections Corrections. (Doc. 77.)  Hamilton was advised of his rights to appeal and allocute to to the undersigned.  (Doc. 73.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 77) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Jason Keahi Anthony be sentenced to the Bureau of Prisons for 3 with a 40 months of supervised release to follow. Anthony will spend the first 60 days of his supervised release in a secure inpatient drug treatment facility such as Connections Corrections.

.

DATED this 29th day of December, 2023.

_____
Brian Morris, Chief District Judge
United States District Court