**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-12-05-H-BMM** |
| Plaintiff, | |
| vs. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| JASON KEAHI ANTHONY, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 1, 2024. (Doc. 89.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 29, 2024. (Doc. 85.)  The United States accused Jason Anthony (Anthony) of violating his conditions of supervised release by: (1) consuming a THC gummy on or about August 24 or 25, 2024; and (2) testing positive for amphetamine on September 11, 2024 . (Doc. 82.)

At the revocation hearing, Anthony admitted that he had violated the terms of his supervised release (1) consuming a THC gummy on or about August 24 or 25, 2024; and (2) testing positive for amphetamine on September 11, 2024 . (Doc. 85.) Judge Johnston found that the violations Anthony admitted proves serious and warrants revocation of his supervised release and recommends a custodial sentence of 8 months of custody, with no supervised release to follow.  (Doc. 89.)  Anthony was advised of his rights to appeal and allocute to the undersigned.  (Doc. 85.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 89) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Jason Keahi Anthony be sentenced to the Bureau of Prisons for 8 months with no supervised release to follow.

DATED this 15th day of November, 2024.


_____
Brian Morris, Chief District Judge
United States District Court